IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   v.<br><br>ROBERT KIRBY WELLS,<br><br>       Debtor.<br>───────────────────────<br>ALLIANZ LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>       Garnishee. | Case No. 2:24-MC-00413-WBS-SCR<br><br>**ORDER TERMINATING WRIT OF GARNISHMENT**<br><br>Criminal Case No. 2:21-CR-00164-WBS |

The Court, having reviewed the entire file, and the United States' Request for an Order Terminating Writ of Garnishment ("Request"), and finding good cause therefrom, hereby GRANTS the Request. Accordingly, it is ORDERED THAT:

1.    Pursuant to 28 U.S.C. § 3205(c)(10), the Writ of Garnishment issued on October 25, 2024, is hereby TERMINATED; and

2.    The Clerk of the United States District Court shall CLOSE this miscellaneous case.

IT IS SO ORDERED.

Dated: October 22, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE